# United States Court of Appeals for the Federal Circuit

---

April 7, 2026

**ERRATA**

---

Appeal Nos. 2024-1669, 2024-1744

**GOTV STREAMING, LLC,**
*Plaintiff-Appellant*

**v.**

**NETFLIX, INC.,**
*Defendant-Cross-Appellant*

---

Decided:  February 9, 2026
Precedential Opinion

---

Please make the following changes:

On page 2, line 5, after "related" insert "patents,"

On page 2, line 6, after "8,103,865" insert a comma